Argued and submitted September 18, reversed and remanded October 25, 1995

In the Matter of the Compensation of
Helen K. Lara, Claimant.

MORSE BROTHERS, INC.
and Liberty Northwest Insurance Corporation,
*Petitioners,*

*v.*

Helen K. LARA,
*Respondent.*

(WCB 93-12770; CA A86955)

904 P2d 200

_____

Paul L. Roess argued the cause and filed the brief for petitioners.

Charles J. Cheek argued the cause for respondent. With him on the brief was Cheek & Tiscornia.

Before Riggs, Presiding Judge, and Landau and Leeson, Judges.

PER CURIAM

Reversed and remanded. *Volk v. America West Airlines,* 135 Or App 565, 899 P2d 746 (1995).